IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLANIYI OLALEKAN AKINTUYI,

    *Petitioner*,

v.

PAMELA JO BONDI, *et al.*,

    *Respondents.*

Case No. 25-cv-3476-ABA

**ORDER**

    Following the filing of this case, in which Petitioner seeks several forms of relief including an injunction against removal to Ghana based on claims related to a fear of persecution or torture, *see* ECF No. 1 at 7, a two-business-day injunction against removal was entered pursuant to Amended Standing Order 2025-01. ECF No. 2. Petitioner subsequently filed a motion for a temporary restraining order regarding removal. ECF No. 10. The Court initially granted a three-business-day TRO on Friday, October 24, at 5:22 p.m., restraining the government from removing Petitioner from the United States during that brief period, and setting a hearing for Wednesday, October 29 at 2:00 p.m. on whether to extend the TRO. ECF No. 11 (the "October 24 TRO"). During that hearing, the government requested to defer argument on whether Petitioner has satisfied the elements for issuance of an injunction in order to permit the government an opportunity to investigate the underlying facts and fully brief the factual and legal issues. Following the hearing, the parties jointly filed a "Stipulation and [Proposed] Order" in which the parties stipulated to extend the October 24 TRO through December 4, 2025, the date the parties had previously stipulated for a hearing

1

on the underling Petition for Writ of Habeas Corpus. *See* ECF No. 9. The Court has adopted the parties' stipulation. ECF No. 10.

During the two-day period in which the Amended Standing Order 2025-01 order was in effect, the government filed a Motion to Dissolve / Not Extend Standing Order Enjoining Respondents from Removing Petitioner from the United States, ECF No. 7, (the "Motion"). Because the injunction issued pursuant to Amended Standing Order 2025-01 expired at 4:00 p.m. on October 24, 2025, and because the parties have since then stipulated that Petitioner will not be removed from the United States any sooner than December 4, 2025, the Court hereby ORDERS that the Motion is DENIED AS MOOT.

The Court also hereby DIRECTS Petitioner to file a supplement including Exhibit A of the Complaint, ECF No. 1, and Exhibit A of the Emergency Motion for Temporary Restraining Order, ECF No. 10, on or before **November 3, 2025**.

Date:  October 30, 2025                             _____*/s/*_____
                                                    Adam B. Abelson
                                                    United States District Judge

1